UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VERNON LeSHORE,

                      Plaintiff,                  MEMORANDUM & ORDER
                                                     10-CV-6067 (SJF) (ARL)
    -against-

COMMISSIONER OF LONG BEACH,
THOMAS R. SOFIELD, LONG BEACH P.D.,
DET. JOHN SHARPE, SGT. HOWARD
DOMITZ, DET. WALTER MONSTERMAN,
DET. G. PICUCCI, NASSAU CO. DISTRICT
ATTORNEY'S OFFICE, KATHLEEN M. RICE,
WINTHROPE UNIV. HOSPITAL, NEW YORK
STATE DIVISION OF PAROLE, NEW YORK
STATE DEPT. OF CORR. SERVICES, MITCHELL
BARNETT COUNSELOR AT LAW, NASSAU CO.
SHERIFF'S DEPT. CORR. CENTER,

                      Defendants.
-----------------------------------------------------------------X

FEUERSTEIN, J.

On December 30, 2010, incarcerated pro se plaintiff Vernon LeShore ("plaintiff") brought this action alleging violations of his civil rights pursuant to 42 U.S.C. § 1983. On or about July 7, 2011, plaintiff filed a letter addressed to the court's pro se office in which he sought permission to: (1) amend his complaint in this action, and (2) to "amend [his] writ of habeas corpus," which presumably refers to the separate action plaintiff commenced under civil docket number 11-cv-02587. [Docket Nos. 17, 18].

Plaintiff's application to amend his complaint in this action is granted. Plaintiff shall file and serve an amended complaint no later than thirty (30) days from the date of entry of this order.

Plaintiff's motion for leave to proceed in forma pauperis will be held in abeyance until the amended complaint, if any, is filed.

Plaintiff's request to amend his petition for a writ of habeas corpus is denied without prejudice with leave to re-file separately under civil docket number 11-cv-02587. Any request to amend plaintiff's petition shall be served on counsel for respondent in that action.

In accordance with Rule 77(d) of the Federal Rules of Civil Procedure, the Clerk of Court shall serve a copy of this order with notice of entry upon all parties, including mailing a copy of this order to the pro se plaintiff, and shall record such service on the docket.

**SO ORDERED.**

_____
Sandra J. Feuerstein
United States District Judge

Dated: October 17, 2011
Central Islip, New York