D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
VERNON LESHORE,

              Plaintiff,

    -against-

COMMISSIONER OF LONG BEACH P.D.,
THOMAS R. SOFIELD, SR., DET. JOHN SHARPE,
SGT. HOWARD DOMITZ, DET. C. WALSH, DET.
JOSE MIGUEZ, SGT. HAYES, DET. WALTER MONSTERMAN,
NASSAU COUNTY SHERIFF'S DEPT. CORRECTION
CENTER MEDICAL/NUMC/MAIN CORE/SATELITE [SIC],
DET. G. PICUCCI, S.P.O. G. LEIFER,

              Defendants.
----------------------------------------------------------------------X

**ORDER**
10-CV-6067 (SJF)(ARL)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ MAY 1 6 2012 ★

LONG ISLAND OFFICE

FEUERSTEIN, District Judge:

On December 30, 2010, incarcerated pro se plaintiff Vernon LeShore ("plaintiff") brought this action alleging violations of his civil rights pursuant to 42 U.S.C. § 1983. During the following months, plaintiff filed several amended pleadings.

By order dated March 21, 2012, the Court sua sponte dismissed the claims against a number of the defendants with prejudice, and dismissed the claims against the remaining defendants without prejudice. The order granted plaintiff leave to file an amended complaint within thirty (30) days, and explicitly warned that "the present amended complaint shall be dismissed and judgment shall be entered" if plaintiff failed to file an amended complaint within the time allowed.

Since plaintiff's time to file an amended complaint has now expired, this action is dismissed. The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that any appeal from this order

1

would not be taken in good faith and therefore in forma pauperis status is denied for purpose of an appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962). The Clerk of Court is respectfully directed to close this case, serve a copy of this order upon the pro se plaintiff, and record such service on the docket.

**SO ORDERED.**

s/ Sandra J. Feuerstein

Sandra J. Feuerstein  
United States District Judge

Dated: May 16, 2012  
Central Islip, New York